UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARQUETTA WATTS,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-05-0258-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 17). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 18). After considering the stipulation,

**IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the ALJ shall: 1) recontact Plaintiff's treating physician and obtain medical expert testimony to determine an onset date of her stage III rectal cancer; 2) update the medical record regarding suspicious nodules in Plaintiff's lungs; 3) give Plaintiff an opportunity for a hearing to present additional evidence; and 4) complete any other action necessary to develop the record and issue a new decision.

ORDER RE: STIPULATED REMAND - 1

1     This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 17**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this  14th  day of March, 2006.

                                               S/ Michael W. Leavitt
                                               MICHAEL W. LEAVITT
                                     UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2